HAYES H. GABLE, III
Attorney at Law - SBN 60368
1001 G Street, Suite 104
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
JOHN ACOSTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-cr-128-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF PERSONAL APPEARANCE |
| v. | ) | AND ORDER, |
| | ) | |
| JOHN ACOSTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOHN ACOSTA, defendant in the above-entitled action, hereby waives his right to be present in open court as provided in Rule 42 of the Federal Rules of Criminal Procedure for any status conference or motion hearing in this matter. The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected. The waiver does not extend to arraignment, entry of plea, change of plea, or any trial stage from impaneling a jury to verdict, nor does it apply to imposition of sentence.

The defendant requests that the Court proceed during every permitted absence as set out

1

Stipulation and [Proposed] Order to Continue Status Conference

in the preceding paragraph.  Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court.  He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, section 3161-3174).  Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of him being personally present.

DATED:  May 30, 2019.                                     By  /s/ John Acosta
                                                                                                         JOHN ACOSTA
                                                                                                          Defendant

I agree with and consent to Defendant John Acosta's waiver of personal appearance at future proceedings.

DATED:  May 30, 2019                                        /s/ Hayes Gable, III
                                                                                                         HAYES GABLE, III
                                                                                                         Attorney for JOHN ACOSTA

IT T IS SO ORDERED

DATED:   June 13, 2019
                                                                          /s/ John A. Mendez
                                                                         JOHN A. MENDEZ
                                                                         UNITED STATES DISTRICT COURT JUDGE